UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CASE NO.: **CR517-12** |
| : | |
| PHILLIP JOHNSON : | |

## ORDER

Defendant PHILLIP JOHNSON has filed a Motion for Leave for Extension of Time to File a Response to the Proposed Presentence Report whereby Defendant seeks a fourteen (14) day extension.

Defendant's Motion is hereby GRANTED.

Defendant by and through his attorney shall have until August 29th, 2018, to file a response to the proposed presentence report.

SO ORDERED this 15 day of August, 2018.

_____
LISA GODBEY WOOD
DISTRICT COURT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT GEORGIA