# In the United States District Court for the Southern District of Georgia Waycross Division

FILED
John E. Triplett, Acting Clerk
United States District Court

By casbell at 4:08 pm, Aug 11, 2020

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PHILLIP JOHNSON | CR 517-012 |

### ORDER

Before the Court is Defendant Phillip Johnson's Motion to Authorize Compassionate Transport. Dkt. No. 926. Defendant seeks the Court's authorization for the U.S. Marshals Service to transport him to his aunt's funeral in Waycross, Georgia. In light of the COVID-19 pandemic and out of consideration for the health of all interested persons, Defendant's motion is **DENIED**.

**SO ORDERED**, this 11th day of August, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA