# In the United States District Court for the Southern District of Georgia Waycross Division

UNITED STATES OF AMERICA,

v.

PHILLIP JOHNSON,

    Defendant.

CR 517-012-9

### ORDER

Before the Court is Defendant Phillip Johnson's second motion for jail-time credit. Dkt. No. 1170. Defendant alleges he should be given credit to his federal prison term for approximately twenty-three months of jail time. See id.

As the Court explained in its previous Order dated April 24, 2023, "[b]ecause the Bureau of Prisons has the responsibility for determining credit awards, 'a federal prisoner dissatisfied with computation of his sentence must pursue the administrative remedy available through the federal prison system before seeking judicial review of his sentence.'" Dkt. No. 1168 (quoting United States v. Roberson, 746 F. App'x 883, 885 (11th Cir. 2018) (quotation marks omitted)). Only "after the exhaustion of administrative remedies" may a claim for credit for time served be brought to the Court under 28 U.S.C. § 2241. Roberson, 746 F. App'x at 885 (quoting United

States v. Nyhuis, 211 F.3d 1340, 1345 (11th Cir. 2000)). Here, Defendant's filing does not indicate that he has exhausted his administrative remedies by requesting credit and/or clarification from the Bureau of Prisons before filing his motion with the Court. Defendant's motion is, therefore, **DISMISSED.**

    **SO ORDERED**, this 12th day of May, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA